**Dismissed and Opinion Filed February 21, 2017**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00061-CV

### IN RE RAUL NOEL GOMEZ, Relator

**Original Proceeding from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F-97-00012-LK**

## MEMORANDUM OPINION
Before Justices Bridges, Fillmore, and Schenck
Opinion by Justice Bridges

Before the Court is relator's January 19, 2017 petition for writ of mandamus in which relator seeks an order directing respondent to rule on his January 15, 2016 motion for forensic DNA testing. On February 1, 2017, the trial court issued its notification of pro se motion for post-conviction DNA testing in accordance with article 64.02 of the Texas Code of Criminal Procedure. Therefore, the issues presented in relator's petition are moot. *See In re Williams*, No. 05-12-00485-CV, 2012 WL 1595080, at *1 (Tex. App.—Dallas May 7, 2012, orig. proceeding) (mem. op.). Accordingly, we dismiss relator's petition for writ of mandamus as moot.


/David L. Bridges/
DAVID L. BRIDGES
JUSTICE

170061F.P05